JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Donna Young, | ) | Case No. **CV 09-8653-JFW (AGRx)** |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| Credit Management LP aka the CMI Group, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, pursuant to Federal Rule of Civil Procedure 68, Plaintiff Donna Young accepted Defendant Credit management LP's Offer of Judgment,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action in favor of Plaintiff Donna Young and against Defendant Credit Management LP as follows:

1. Plaintiff Donna Young shall recover $1,001.00 from Defendant Credit Management LP; and

      2. Plaintiff Donna Young shall recover from Defendant Credit Management LP her costs of suit in the sum of $_____.

      The Clerk is ordered to enter this Judgment.


Dated: February 24, 2010        _____
                                           JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE